IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD HURST,

    Petitioner,           No. CIV S-06-0858 MCE CMK P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.        <u>ORDER</u>

        Petitioner has requested an extension of time to file his traverse pursuant to the court's order of June 22, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 17, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: August 28, 2006.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

/bb
hurs 06cv0858.111