UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONALD HURST,

    Petitioner,

v.

ROSANNE CAMPBELL,

    Respondent.

Case No. C06-0858RSL

ORDER

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition for writ of habeas corpus is DENIED;

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 27th day of April, 2009.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER
Page - 1